IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRYAN ANTHOY REO | ) |
| | ) CASE NO. 1:21-cv-2431 |
| | ) |
| | ) JUDGE |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF REMOVAL** |
| | ) |
| PRINCIPAL LAW GROUP | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant Principal Law Group ("**Principal Law**") gives notices of the removal of this Action from the Court of Common Pleas, Lake County, Ohio, to the United States District Court for the Northern District of Ohio, Eastern Division. In support of this Notice of Removal, Principal Law states as follows:

**PROCEDURAL STATUS OF CASE**

1. On November 28, 2021, Plaintiff Bryan Reo commenced a civil action (the "**Action**") in the Court of Common Pleas Court, Lake County, Ohio (the "**State Court**"), bearing the caption *Bryan Anthony Reo v. Principal Law Group*, Case No. 21-CV-001385. (*See* Complaint, **Exhibit 1**.) The Action is pending in the State Court.

2. On December 2, 2021, Principal Law was purported to be served with a copy of a summons and the Complaint. (*See* Summons, **Exhibit 2**.)

3. At the time of the filing of this Notice, Principal Law has not filed an Answer to Plaintiff's Complaint or otherwise appeared in the Action in State Court.

## BASIS FOR FEDERAL QUESTION JURISDICTION

4. The Action asserts claims for statutory violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("**TCPA**"), the Consumer Sales Practices Act, R.C. § 1345.01 *et seq.* ("**CSPA**"), and the Telephone Solicitation Sales Act, R.C. § 4719.01 *et seq.* ("**TSSA**"). (*See* Complaint, ¶¶ 1, 28-53.)

5. Removal of Plaintiff's claim is proper because this Court has original federal question jurisdiction over claims alleging violations of the TCPA. 28 U.S.C. §§ 1331, 1441(a); *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 386-87 (2012) ("Nothing in the text, structure, purpose, or legislative history of the TCPA calls for displacement of the federal question jurisdiction U.S. district courts ordinarily have under 28 U.S.C. §1331.")

## PROPRIETY OF REMOVAL

6. Pursuant to 28 U.S.C. §1446(a), the State Court Action is properly removable to this Court because it is within this Court's district and division. Further, all process, pleadings, and orders that have been filed in the State Court Action are attached.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice is timely because this Notice is filed within thirty days after receipt by Principal Law.

8. Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal has or will promptly be filed with the State Court, and a written notice of this removal has been served on Plaintiff. A Notice of Filing Notice of Removal filed in the State Court Action is attached as **Exhibit 3**.

9. By reason of the foregoing, Principal Law is entitled to have this Action removed from the Lake County Court of Common Pleas to the United States District Court for the Northern

District of Ohio, Eastern Division, such being the district where the Action was filed and is pending.

10. Principal Law reserves all defenses, including but not limited to those under Fed. R. Civ. P. 12, and does not waive said defenses by the filing of this Notice of Removal.

**WHEREFORE**, Principal Law respectfully requests that this Action be removed from the Lake County Court of Common Pleas to the United States District Court for the Northern District of Ohio, Eastern Division, and that all proceedings hereinafter in this matter take place in the United States District Court for the Northern District of Ohio, Eastern Division.

Respectfully submitted,

*s/ David M. Krueger*
DAVID M. KRUEGER (0085072)
JOHN N. DAGON (0098128)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
E-mail: dkrueger@beneschlaw.com
jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2021, a copy of the above pleading was served via the District Court ECM/ECF system, and by first class United States mail, postage prepaid, on the following:

Bryan Anthony Reo
Reo Law LLC
P.O. Box 5100
Mentor, OH 44061
Reo@ReoLaw.org

    */s/ David M. Krueger*
David M. Krueger
*One of the Attorneys for Defendant Principal Law Group*

15313332 v1