# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO** <br> 7724 Tea Rose Drive <br> Mentor, OH 44060 <br><br>       Plaintiff, <br>   v. <br><br> **PRINCIPAL LAW GROUP** <br> 20 F Street, NW 7th Floor <br> Washington, D.C. 20001 | Case No. 1:21-cv-02431-DCN <br><br> Hon. Donald C. Nugent |

**REO LAW, LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(P): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney any Plaintiff Pro Se*

## PLAINTIFF'S NOTICE OF SETTLEMENT

NOW COMES Bryan Anthony Reo (Plaintiff), Pro Se, and provides with consent of Defendant, the following notice of settlement. The instant action has, in principle, settled, and the parties are working on the specific language of the release that will be executed between the parties. The court is respectfully put on notice that this case has, in principle, settled. The parties respectfully ask the Court to cancel all scheduled events and to retain jurisdiction to oversee or enforce any release or settlement agreement executed between the parties, should the need arise.

                                                RESPECTFULLY SUBMITTED,

                                                /s/ BRYAN ANTHONY REO
                                                Bryan Anthony Reo (#0097470)

Reo Law LLC
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
   *Attorney and Plaintiff Pro Se*

## Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on January 25, 2022, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
   *Attorney and Plaintiff Pro Se*