UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REO, | ) | Case No. 1:21 CV 2431 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| PRINCIPAL LAW GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have notified the Court that an agreement has been reached and all claims have been settled. Therefore, this case is dismissed with prejudice. Each party to bear its own costs. The parties have thirty days to file additional documents memorializing the settlement, if they so choose. IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: February 1, 2022